IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR078 |
| v. | : | DISTRICT JUDGE THOMAS M. ROSE |
| REX S. TUCKER, JR. | : | ORDER UNSEALING CASE |

Upon motion of the United States, and for the reason that the above captioned defendant has been arrested, the above captioned case is hereby ordered unsealed.

DATE: 5/31/13

THOMAS M. ROSE
UNITED STATES DISTRICT COURT